B6E (Official Form 6E) (12/07)

.

In re   **The Jolt Company, Inc.**                        ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**10** continuation sheets attached

In re **The Jolt Company, Inc.**, Case No. _____
         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Rosario Andrade**<br>**5601 Boulevard East**<br>**Apartment 5E**<br>**West New York, NJ 07093** | | - | **Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement** | | X | | Unknown | Unknown | Unknown |
| Account No.<br>**Kathy Butkevich**<br>**345 E 80th Street**<br>**Apartment 19D**<br>**New York, NY 10021** | | - | **Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement.** | | X | | Unknown | Unknown | Unknown |
| Account No.<br>**Doug Capasso**<br>**1202 Wolf Hill Road**<br>**Cheshire, CT 06410** | | - | **Accrued compensation and/or expenses not to exceed $10,950.00.** | | | | Unknown | Unknown | Unknown |
| Account No.<br>**Robert Clamp**<br>**208 North Road**<br>**Chester, NJ 07930** | | - | **Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement.** | | X | | Unknown | Unknown | Unknown |
| Account No.<br>**William Coffey**<br>**314 10th Avenue East**<br>**Riviera Dunes**<br>**Palmetto, FL 34221** | | - | **Accrued compensation and/or expenses not to exceed $10,950.00.** | | | | Unknown | Unknown | Unknown |

Sheet **1** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal — **0.00**
(Total of this page) — **0.00** **0.00**

In re   **The Jolt Company, Inc.**                                  ,   Case No. _____
                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Brad Coleman**<br>**104 Omaha Valley**<br>**Bear, DE 19701** | - | | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown<br>Unknown |
| Account No.<br>**Convenience Sales Network**<br>**41419 Pear Street**<br>**Suite 5**<br>**Murrieta, CA 92562** | - | | | | | | 2,667.03 | 2,667.03<br>0.00 |
| Account No.<br>**Dean Baldwin & Associates**<br>**5775 12th Avenue East**<br>**Suite 170**<br>**Shakopee, MN 55379** | - | | | | | | 2,606.10 | 2,606.10<br>0.00 |
| Account No.<br>**Tiffany Delle Fave**<br>**129 Brookview Drive**<br>**Rochester, NY 14617** | - | | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown<br>Unknown |
| Account No.<br>**Mark Fiorina**<br>**176 Arlington Avenue**<br>**Hawthorne, NJ 07506** | - | | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown<br>Unknown |

Sheet __2__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     5,273.13            5,273.13
                                              0.00

In re  **The Jolt Company, Inc.**  , Case No. _____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Foster Garrison**<br>**228 Kenmore Road**<br>**Havertown, PA 19083** | | - | **Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement.** | | X | | **Unknown** | | **Unknown** |
| Account No.<br>**John Geronimo**<br>**222 Highpoint Avenue**<br>**Weehawken, NJ 07086** | | - | **Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement** | | X | | **Unknown** | | **Unknown** |
| Account No.<br>**Paul Henri**<br>**107 Mink Creek Drive**<br>**Colfax, CA 95713** | | - | **Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement** | | X | | **Unknown** | | **Unknown** |
| Account No.<br>**Paul Johnson**<br>**6802 Valentown Road**<br>**Victor, NY 14564** | | - | **Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement.** | | X | | **Unknown** | | **Unknown** |
| Account No.<br>**Mary Ann LaRosa**<br>**104 Ruff Court**<br>**Haledon, NJ 07508** | | - | **Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement.** | | X | | **Unknown** | | **Unknown** |

Sheet **3** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal **0.00**
(Total of this page) **0.00** **0.00**

In re **The Jolt Company, Inc.**, Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>John Levantino<br>16734 E. Hammon<br>Montgomery, TX 77316 | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |
| Account No.<br>Matthew Lindquist<br>5000 Shrewsbury Avenue<br>Saint Louis, MO 63119 | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |
| Account No.<br>Keith Millard<br>21600 Winshall Street<br>Saint Clair Shores, MI 48081 | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |
| Account No.<br>Blossom Murphy<br>1891 Redman Road<br>Hamlin, NY 14464 | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |
| Account No.<br>James Oger<br>1138 Laurel Park Lane<br>Charlotte, NC 28270 | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |

Sheet **4** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00    0.00    0.00

In re **The Jolt Company, Inc.**, Case No. _____
　　　　　　　　　　　Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Lowell Patric<br>5 Kingsbury Court<br>Rochester, NY 14618** | | - | Accrued compensation and/or expenses not to exceed $10,950.00. | | | | Unknown | Unknown | Unknown |
| Account No.<br>**Jeff Platt<br>141 Cole Avenue<br>Providence, RI 02906** | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |
| Account No.<br>**Carl J. Rapp<br>11 Windham Hill<br>Mendon, NY 14506** | | - | Accrued compensation and/or expenses not to exceed $10,950.00. | | | | Unknown | Unknown | Unknown |
| Account No.<br>**Hunter Rapp<br>7064 Meeting Street<br>Charlotte, NC 28210** | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |
| Account No.<br>**Regency Brokerage, Inc.<br>6101 SW 9th Street<br>Suite 100<br>Des Moines, IA 50315** | | - | | | | | 31.08 | 31.08 | 0.00 |

Sheet **5** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal　**31.08**　**31.08**
(Total of this page)　**31.08**　**0.00**

In re **The Jolt Company, Inc.**, Case No. _____
                                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community - H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Ann Sherwood<br>278 N. Main Street<br>South Hadley, MA 01075 | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |
| Account No.<br>Edrees Siddiqi<br>77 Brook Avenue<br>Passaic, NJ 07055 | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |
| Account No.<br>Mark Sirgant<br>34 Main Street<br>Apartment C<br>Butler, NJ 07405 | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |
| Account No.<br>John Skovron<br>7730 Heathside Lane<br>Ellicott City, MD 21043 | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |
| Account No.<br>Wayne Smith<br>2064 Shadyhill Terrace<br>Winter Park, FL 32792 | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |

Sheet **6** of **10** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00    0.00    0.00

In re **The Jolt Company, Inc.** , Case No. _____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Val Stalowir**<br>**1 Magellan Lane**<br>**Easton, CT 06612** | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |
| Account No.<br>**Michael Stover**<br>**6342 Umber Circle**<br>**Golden, CO 80403** | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |
| Account No.<br>**TNT Marketing**<br>**2100 Road to Six Flags East**<br>**Arlington, TX 76011** | | - | | | | | 29.12 | 29.12 | 0.00 |
| Account No.<br>**Mike VanGinnegan**<br>**134 Berkeley Avenue**<br>**Bloomfield, NJ 07003** | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |
| Account No.<br>**Darrell Wiss**<br>**1027 Pearview Drive**<br>**Saint Peters, MO 63376** | | - | Accrued compensation and/or expenses not to exceed $10,950.00. Subject to Shared Services Agreement. | | X | | Unknown | Unknown | Unknown |

Sheet __7__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) 29.12 | 29.12 | 0.00

In re  **The Jolt Company, Inc.**                              ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Excellus BlueCross BlueShield**<br>**PO Box 22999**<br>**Rochester, NY 14692** | | - | **Reimbursable Cobra Premium** | | | | 6,688.73 | 0.00 | 6,688.73 |
| Account No.<br>**Excellus BlueCross BlueShield**<br>**PO Box 22999**<br>**Rochester, NY 14692** | | - | **Employee Health Insurance** | | | | 8,829.79 | 0.00 | 8,829.79 |
| Account No.<br>**Excellus BlueCross BlueShield**<br>**PO Box 22999**<br>**Rochester, NY 14692** | | - | **Employee Dental Insurance** | | | | 837.63 | 0.00 | 837.63 |
| Account No.<br>**New York State Insurance Fund**<br>**100 Chestnut Street**<br>**Suite 1000**<br>**Rochester, NY 14604** | | - | **Worker's Compensation Insurance** | | | | 307.50 | 0.00 | 307.50 |
| Account No.<br>**The Guardian Life Insurance Co.**<br>**PO Box 11440A**<br>**New York, NY 10286** | | - | **State of New York Disability Benefits** | | | | 141.25 | 0.00 | 141.25 |

Sheet __8__ of __10__ continuation sheets attached to                    Subtotal                        0.00
Schedule of Creditors Holding Unsecured Priority Claims            (Total of this page)   16,804.90     16,804.90

In re  **The Jolt Company, Inc.**  ,  Case No. _____
　　　　　　　　　　　　　　　Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**The United States Life Insurance Co.<br>PO Box 62104<br>Baltimore, MD 21264-2104** | - | | **Employee Life Insurance** | | | | 376.76 | 0.00 | 376.76 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __9__ of __10__ continuation sheets attached to　　　　　　　　Subtotal　　　　　　　　　0.00
Schedule of Creditors Holding Unsecured Priority Claims　　　(Total of this page)　　376.76　　376.76

In re **The Jolt Company, Inc.**, Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**BWC State Insurance Fund**<br>**Corporate Processing Department**<br>**345 East 80th Street**<br>**Apartment 190**<br>**New York, NY 10021** | - | | | | | 39.84 | 0.00 | 39.84 |
| Account No.<br>**Patricia E. Chuhta, Receiver**<br>**11 South Main Street**<br>**Pittsford, NY 14534** | - | **School Tax on Linden Oaks** | | | | 7,041.47 | 0.00 | 7,041.47 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **10** of **10** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 7,081.31 | 0.00 / 7,081.31 |
| Total (Report on Summary of Schedules) | 29,596.30 | 5,333.33 / 24,262.97 |