UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------x
In re                                : Chapter 11

THE JOLT COMPANY, INC.,              : Case No. 09-22531

                Debtor.              : Judge John C. Ninfo, II
---------------------------------------------------x

**APPEARANCES:**

| | |
|---|---|
| For the Debtor: | William Kohn, Jennifer Smith, Robert Clamp, and Katherine Butkevich |
| For Emigrant Capital .Corp.: | Kenneth Walters |
| For the United States Trustee: | Kathleen Schmitt and Michael Powers |
| For Rexam Beverage Can Company: | Lucien Morin and David Mathews, telephonically |
| For C.J. Rapp: | Warren Rosenbaum and C.J. Rapp |

### ORDER

The Court having reviewed the *Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. § 1112 to Dismiss Its Chapter 11 Case*, and this Court having found good and sufficient cause therefore,

IT IS HEREBY ORDERED,

This action is hereby dismissed.

Dated: 10/26/09

Honorable John C. Ninfo, II
United States Bankruptcy Judge



FILED OCT 26 2009 BANKRUPTCY COURT ROCHESTER, NY